UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | ) | CHAPTER 11 |
| --- | --- | --- |
| | ) | |
| DCT SYSTEMS GROUP, LLC, | ) | CASE NUMBER: 15-58441-wlh |
| | ) | |
| Debtor. | ) | |
| | ) | |

### LIST OF DEBTOR'S EQUITY SECURITY HOLDERS

COMES NOW the Debtor and discloses that its members and their percentage membership interests are as follows:

| Niloy Thakkar – 50%<br>900 Biscayne Blvd., Apt 2301<br>Miami, FL 33132 | Rohan Thakkar – 50%<br>400 5th Ave., Apt 32E<br>New York, NY 10018 |
| --- | --- |

This 21st day of May, 2015.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar 125518
jchristy@swfllp.com
J. CAROLE THOMPSON HORD
Georgia Bar No. 291473
chord@swfllp.com

Proposed Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing List of Debtor's Equity Security Holders via the ECF system or by placing a copy of the same in the United States Mail, with sufficient postage thereon to ensure delivery on the following parties:

| Thomas W. Dworschak<br>Office of the U.S. Trustee<br>Suite 362 Richard Russell Building<br>74 Spring Street, SW<br>Atlanta, Georgia 30303 | C. Edward Dobbs, Esq.  – via ECF<br>James S. Rankin, Jr., Esq. – via ECF<br>Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, Georgia 30303 |
|---|---|

This 21st day of May, 2015.

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518

K:\9209\1\Pleadings\DCT equity security holder.docx