UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DCT SYSTEMS GROUP, LLC, | ) | CASE NUMBER: 15-58441-wlh |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

DEBTOR'S MOTION TO AUTHORIZE INTERIM AND FINAL USE OF CASH COLLATERAL AND REQUEST FOR EXPEDITED PRELIMINARY HEARING

COMES NOW Debtor DCT Systems Group, LLC, a Georgia limited liability company, and pursuant to the provisions of 11 U.S.C. § 363(c)(2) and Bankruptcy Rule 4001(b), moves this Court for interim and final orders permitting it to use the income collected from the operation of certain office suite and warehouse buildings located at 5100 and 5150 Peachtree Industrial Boulevard, Norcross, Gwinnett County, Georgia, which may be claimed as cash collateral by Wells Fargo Bank, NA, for the purposes of meeting current operating expenses, including, but not limited to: security services, landscaping, accounting services, insurance, utilities, taxes, and similar expenses and that the Court grant the Debtor an expedited preliminary hearing on this motion on the grounds that the Debtor requires the immediate use of cash collateral in order to avoid immediate and

irreparable harm to the estate pending a final hearing as contemplated by Bankr. R. 4001(b)(2).

1.

Debtor is the owner of two office suite and warehouse buildings located at 5100 and 5150 Peachtree Industrial Boulevard, Norcross, Gwinnett County, Georgia, ("Property"). The Property has four tenants who pay rent and operating expenses of approximately $38,000 per month pursuant to certain unexpired leases. This is the Debtor's primary source of income.

2.

Normal operating expenses of the Property include security system services, landscaping, accounting services, insurance, utilities, taxes, and other expenses incidental to maintaining the Property. A proposed budget covering May, June, July, and August 2015 is attached hereto as **Exhibit "A"**.

3.

Expenses are due and payable upon receipt of the merchandise or services, thereby making it essential that Debtor have access to funds to pay for these goods and services. Moreover, the Debtor must maintain and operate the Property in accordance with the leases related to the Property in order to protect its primary source of income.

4.

The income derived from the Property may be claimed to be cash collateral by Wells Fargo Bank, NA ("WFB"), pursuant to, *inter alia*, (i) a Deed to Secure Debt, Assignment of Rents, and Security Agreement dated July 20, 2010, executed by Debtor in favor of WFB, recorded at Deed Book 50190, Page 46, of the Gwinnett County, Georgia records; and (ii) a Deed to Secure Debt, Assignment of Rents and Security Agreement dated August 15, 2008, executed by DCT in favor of WFB, recorded at Deed Book 49034, Page 693, of the Gwinnett County, Georgia records (collectively, as amended, modified, or restated, the "Deeds"). The Deeds secure certain obligations of Chittranjan Thakkar, Saloni C. Thakkar, Niloy, Inc., and Nilhan Financial, LLC, to WFB, which obligations were guaranteed by the Debtor.

5.

Consequently, the rents and other income to be used to pay the operating expenses as set forth in this application may be deemed to be cash collateral as contemplated by the provisions of 11 U.S.C. § 363.

6.

Section 363 of the Bankruptcy Code provides that cash collateral may be used upon Court order or consent of each entity having an interest in the cash

collateral.

7.

Debtor shows this Court that if the income is cash collateral, it has not yet obtained the consent of Wells Fargo Bank, NA, which may claim an interest in cash collateral.

8.

Debtor shows this Court that it is necessary for it to make use of the income immediately to maintain the estate and that there is insufficient time for a full hearing to be held before Debtor must make use of such funds, see, 11 U.S.C. § 102, and that pursuant to Bank. R. 4001(b)(2), the Debtor is entitled to a preliminary hearing permitting it to use cash collateral pending a final hearing.

9.

Pursuant to the provisions of 11 U.S.C. § 363, Debtor hereby applies for an order determining that the income from its business is not cash collateral, or in the alternative, authorizing it to use cash collateral, and further requests that this Court grant its application at least on an interim basis after notice to interested parties as is appropriate under the circumstances of this case as contemplated by the provisions of 11 U.S.C. § 102, all in accordance with the proposed order attached hereto as **Exhibit "B"**.

WHEREFORE, Debtor moves this Court for an order authorizing the use of the income from the Property consistent with the form of the order attached hereto as **Exhibit "B"**, to pay normal operating expenses of the Property as set forth on **Exhibit "A"**, in order to continue to operate the Property for the use of its tenants on an emergency and interim basis pending a final hearing. Debtor further requests entry of a final order allowing the use of cash collateral to preserve the Property and its estate pending the confirmation of a Plan of Reorganization.

This 29th day of May, 2015.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
jchristy@swfllp.com
J. CAROLE THOMPSON HORD
Georgia Bar No. 291473
chord@swfllp.com

Proposed Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046
K:\9209\1\Pleadings\DCT motion to use cash collateral.docx

5

## EXHIBIT A

DCT Systems Group LLC
Budget for Bankruptcy Filing
For the Period May 5, 2015 through August 31, 2015

|  | May Budget | Jun Budget | Jul Budget | Aug Budget | Total Budget |
|---|---|---|---|---|---|
| **REVENUE:** | | | | | |
| Rental Income | 43,214.07 | 49,616.15 | 49,616.15 | 49,616.15 | 192,062.52 |
| TOTAL REVENUE: | 43,214.07 | 49,616.15 | 49,616.15 | 49,616.15 | 192,062.52 |
| **EXPENSES:** | | | | | |
| Advertising | - | - | - | - | - |
| Bad Debt Expense | - | - | - | - | - |
| Bank Fees | - | - | - | - | - |
| Cleaning & Janitorial | - | - | - | - | - |
| Commission Expense | - | - | - | - | - |
| Dues & Subscriptions | 435.48 | 500.00 | 500.00 | 500.00 | 1,935.48 |
| Insurance | 783.87 | 900.00 | 900.00 | 900.00 | 3,483.87 |
| Licenses & Permits | - | - | - | - | - |
| Miscellaneous | - | - | - | - | - |
| Professional Fees | 1,829.03 | 2,100.00 | 2,100.00 | 2,100.00 | 8,129.03 |
| Rent expense | 435.48 | 500.00 | 500.00 | 500.00 | 1,935.48 |
| Repairs & Maintenance | 870.97 | 1,000.00 | 1,000.00 | 1,000.00 | 3,870.97 |
| Supplies | 87.10 | 100.00 | 100.00 | 100.00 | 387.10 |
| Security System & Monitoring | - | - | - | - | - |
| Taxes | 8,012.90 | 9,200.00 | 9,200.00 | 9,200.00 | 35,612.90 |
| Utilities | 522.58 | 600.00 | 600.00 | 600.00 | 2,322.58 |
| TOTAL EXPENSES: | 12,977.42 | 14,900.00 | 14,900.00 | 14,900.00 | 57,677.42 |
| NET OPERATING INCOME | 30,236.65 | 34,716.15 | 34,716.15 | 34,716.15 | 134,385.10 |

## EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DCT SYSTEMS GROUP, LLC, | ) | CASE NUMBER: 15-58441-wlh |
| | ) | |
| Debtor. | ) | |
| | ) | |

ORDER ALLOWING INTERIM USE OF CASH COLLATERAL BY
DCT SYSTEMS GROUP, LLC

DCT Systems Group, LLC, a Georgia limited liability company ("Debtor"), having filed its Motion to Authorize Interim and Final Use of Cash Collateral and Request for Expedited Preliminary Hearing (the "Motion"), seeking authority to utilize the cash collateral that may be claimed by Wells Fargo Bank, NA ("WFB") as secured creditor in this case and the Motion having come before the Court and based upon the representations contained in the Motion, the representations of

Debtor, and other matters before the Court, the Court hereby finds, decrees, and orders as follows:

1.

The Debtor will suffer immediate and irreparable harm if it is not permitted to use the rents generated by the two office suite and warehouse buildings located at 5100 and 5150 Peachtree Industrial Boulevard, Norcross, Gwinnett County, Georgia, (the "Cash Collateral") on an interim basis pending a final hearing on the Motion.

2.

Pending the final hearing on the Motion, the Debtor shall be authorized to use the Cash Collateral to pay the expenses list on the attached **Exhibit "A"** to the Motion, a copy of which is also attached hereto.  The Cash Collateral shall be held in a debtor-in-possession account at a bank insured by the Federal Deposit Insurance Corporation and which is not a creditor of Debtor.

3.

Debtor shall not be permitted or authorized to use Cash Collateral other than as expressly authorized by an order of this Court, or the written consent of WFB. The entry of this Order is without prejudice to the ability of WFB or the Debtor to present further evidence and argument at the final hearing on the Motion.

4.

Pursuant to Section 363(e) of the Bankruptcy Code, this Court conditionally authorizes Debtor to use Cash Collateral on a preliminary basis, in accordance with the terms of this Order. The Court shall hold a final hearing on the Debtor's motion at _____ o'clock ___.m. on the ____ day of _____, 2015 in Courtroom 1403, U.S. Courthouse, 75 Spring St., SW, Atlanta, Georgia 30303. If any or all of the provisions of this Order are hereafter modified, vacated or stayed by any Order of this Court or any other court, any Cash Collateral used by Debtor pursuant to this Order prior to the effective date of such modification, stay or vacation shall be governed in all respects by the provisions of this Order.

Prepared and presented by:

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518
J. Carole Thompson Hord
Georgia Bar No. 291473

Proposed Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
(404) 681-3450
(404) 681-1046 – facsimile

[end of document]

DCT Systems Group LLC
Budget for Bankruptcy Filing
For the Period May 5, 2015 through August 31, 2015

|  | May Budget | Jun Budget | Jul Budget | Aug Budget | Total Budget |
|---|---|---|---|---|---|
| **REVENUE:** | | | | | |
| Rental Income | 43,214.07 | 49,616.15 | 49,616.15 | 49,616.15 | 192,062.52 |
| **TOTAL REVENUE:** | 43,214.07 | 49,616.15 | 49,616.15 | 49,616.15 | 192,062.52 |
| **EXPENSES:** | | | | | |
| Advertising | - | - | - | - | - |
| Bad Debt Expense | - | - | - | - | - |
| Bank Fees | - | - | - | - | - |
| Cleaning & Janitorial | - | - | - | - | - |
| Commission Expense | - | - | - | - | - |
| Dues & Subscriptions | 435.48 | 500.00 | 500.00 | 500.00 | 1,935.48 |
| Insurance | 783.87 | 900.00 | 900.00 | 900.00 | 3,483.87 |
| Licenses & Permits | - | - | - | - | - |
| Miscellaneous | - | - | - | - | - |
| Professional Fees | 1,829.03 | 2,100.00 | 2,100.00 | 2,100.00 | 8,129.03 |
| Rent expense | 435.48 | 500.00 | 500.00 | 500.00 | 1,935.48 |
| Repairs & Maintenance | 870.97 | 1,000.00 | 1,000.00 | 1,000.00 | 3,870.97 |
| Supplies | 87.10 | 100.00 | 100.00 | 100.00 | 387.10 |
| Security System & Monitoring | - | - | - | - | - |
| Taxes | 8,012.90 | 9,200.00 | 9,200.00 | 9,200.00 | 35,612.90 |
| Utilities | 522.58 | 600.00 | 600.00 | 600.00 | 2,322.58 |
| **TOTAL EXPENSES:** | 12,977.42 | 14,900.00 | 14,900.00 | 14,900.00 | 57,677.42 |
| **NET OPERATING INCOME** | 30,236.65 | 34,716.15 | 34,716.15 | 34,716.15 | 134,385.10 |

## DISTRIBUTION LIST

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516

Thomas W. Dworschak, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, Georgia 30303

K:\9209\1\Pleadings\DCT order to use cash collateral interim.docx

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing DEBTOR'S MOTION TO AUTHORIZE INTERIM AND FINAL USE OF CASH COLLATERAL AND REQUEST FOR EXPEDITED PRELIMINARY HEARING via Federal Express or by placing a copy of the same in the United States Mail, with sufficient postage thereon to ensure delivery on the Master Service list attached hereto.

This 29th day of May, 2015.

/s/ J. Carole Thompson Hord
J. Carole Thompson Hord

## MASTER SERVICE LIST

Georgia Power Company
96 Annex
Atlanta, GA  30396

Gwinnett County Water Resources
PO Box 530575
Atlanta, GA  30353

Nilhan Financial, LLC
6050 Peachtree Industrial Blvd
Norcross, GA  30071

Russell Landscape, LLC
PO Box 2019
Dacula, GA  30019

C. Edward Dobbs, Esq. – Via ECF
James S. Rankin, Jr., Esq. – Via ECF
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, Georgia 30303

Creditors Adjustment Bureau
14226 Ventura Blvd
Sherman Oaks, CA 91423

LIT Industrial Texas, LP
1717 McKinney Ave
Suite 1900
Dallas, TX 75202

Thomas W. Dworschak, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303