UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DCT SYSTEMS GROUP, LLC, | ) | CASE NUMBER: 15-58441-wlh |
| | ) | |
| Debtor. | ) | |
| | ) | |

### DEBTOR'S AMENDMENT TO AMENDED MOTION TO AUTHORIZE INTERIM AND FINAL USE OF CASH COLLATERAL AND REQUEST FOR EXPEDITED PRELIMINARY HEARING

COMES NOW Debtor DCT Systems Group, LLC, and amends Debtor's Amended Motion to Authorize Interim and Final Use of Cash Collateral and Request for Expedited Preliminary Hearing [Doc. No. 33] ( the "Motion") by substituting the proposed budget attached hereto as Exhibit "A" in place of the budget attached as Exhibit "A" to the Motion.

This 3rd day of June, 2015.

/s/ J. Carole Thompson Hord
JOHN A. CHRISTY
Georgia Bar No. 125518
jchristy@swfllp.com
J. CAROLE THOMPSON HORD
Georgia Bar No. 291473
chord@swfllp.com

Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

# EXHIBIT A

DCT Systems Group LLC - Corners North
Budget for Bankruptcy Filing
For the Period May 5, 2015 through August 31, 2015

|  | May Budget | Jun Budget | Jul Budget | Aug Budget | Total Budget |
|---|---|---|---|---|---|
| **REVENUE:** | | | | | |
| Rental Income | 43,214.07 | 49,616.15 | 49,616.15 | 49,616.15 | 192,062.52 |
| **TOTAL REVENUE:** | 43,214.07 | 49,616.15 | 49,616.15 | 49,616.15 | 192,062.52 |
| **EXPENSES:** | | | | | |
| Advertising | - | - | - | - | - |
| Bad Debt Expense | - | - | - | - | - |
| Bank Fees | 100.00 | 100.00 | 100.00 | 100.00 | 400.00 |
| Cleaning & Janitorial | - | - | - | - | - |
| Commission Expense | - | - | - | - | - |
| Dues & Subscriptions | | 1,399.00 | - | - | 1,399.00 |
| Insurance | 900.00 | 900.00 | 900.00 | 900.00 | 3,600.00 |
| Licenses & Permits | - | - | - | - | - |
| Miscellaneous | - | - | - | - | - |
| Professional Fees | - | - | - | - | - |
| Rent expense | | | | | |
| Repairs & Maintenance | 1,010.00 | 1,000.00 | 1,000.00 | 1,000.00 | 4,010.00 |
| Supplies | 87.10 | 100.00 | 100.00 | 100.00 | 387.10 |
| Security System & Monitoring | - | 77.85 | - | - | 77.85 |
| Taxes | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 36,800.00 |
| Utilities | 522.58 | 711.00 | 600.00 | 600.00 | 2,433.58 |
| **TOTAL EXPENSES:** | 11,819.68 | 13,487.85 | 11,900.00 | 11,900.00 | 49,107.53 |
| **NET OPERATING INCOME** | 31,394.39 | 36,128.30 | 37,716.15 | 37,716.15 | 142,954.99 |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Amendment to Debtor's Amended Motion to Authorize Interim and Final Use of Cash Collateral and Request for Expedited Preliminary Hearing via the ECF system or by placing a copy of the same in the United States Mail, with sufficient postage thereon to insure delivery on the attached Master Service List.

This 3rd day of June, 2015.

/s/ J. Carole Thompson Hord
J. Carole Thompson Hord
Georgia Bar No. 291473

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
(404) 681-3450
K:\9209\1\Pleadings\DCT cc motion amendment.docx

MASTER SERVICE LIST

Georgia Power Company
96 Annex
Atlanta, GA  30396

Gwinnett County Water Resources
PO Box 530575
Atlanta, Georgia 30353

Nilhan Financial, LLC
6050 Peachtree Industrial Blvd
Norcross, GA  30071

Russell Landscape, LLC
PO Box 219
Dacula, GA  30019

C. Edward Dobbs, Esq. – Via ECF
James S. Rankin, Jr., Esq. – Via ECF
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, Georgia 30303

Thomas W. Dworschak, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Creditors Adjustment Bureau
14226 Ventura Blvd
Sherman Oaks, CA 91423

LIT Industrial Texas, LP
1717 McKinney Ave
Suite 1900
Dallas, TX 75202